**Independent Action in Equity Fed. R. Civ. P. 60(b)(d); 62(d)**

# Contents

MOTION FOR LEAVE TO PROVIDE DOCUMENTS THROUGH SECURE MICROSOFT OneDrive..................................................................................................................2

    Fed. R. Civ. P. 8(a)(2)....................................................................................4

    Fed. R. Civ. P. 8(a)(3)..................................................................................11

MOTION FOR EXPEDITED CONSIDERATION PURSUANT TO 28 U.S.C. § 1657.............12

    Fed. R. Civ. P. 8(a)(1)..................................................................................14

    Fed. R. Civ. P. 8(a)(2)..................................................................................18

    Fed. R. Civ. P. 8(a)(3)..................................................................................24

Certificate of Service:......................................................................................25

Certification and Closing..................................................................................26

List of Enclosures ...........................................................................................27

    1)    Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction (6 pages).....................27

    2)    AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (24 pages) ...........................................................................27

    3)    LOCAL RULE 83.1(M) CERTIFICATION (1 page)...................................27

<u>FIND</u> referenced hyperlinks in secure Microsoft OneDrive Folder as follows:

https://1drv.ms/u/s!AjEjC5jWywEUgdd6_FD-w0MoLFDXxw?e=SQgcab

**Independent Action in Equity Fed. R. Civ. P. 60(b)(d); 62(d)**

**Certificate of Service:**

CERTIFICATE OF SERVICE, I, Jacob Queern, hereby certify that on ¬ June 19, 2021 PETITIONER provided a copy of this

## Contents

MOTION FOR LEAVE TO PROVIDE DOCUMENTS THROUGH SECURE MICROSOFT OneDrive......................................................................................................................................2

    Fed. R. Civ. P. 8(a)(2)..........................................................................................................4

    Fed. R. Civ. P. 8(a)(3)........................................................................................................11

MOTION FOR EXPEDITED CONSIDERATION PURSUANT TO 28 U.S.C. § 1657..............12

    Fed. R. Civ. P. 8(a)(1)........................................................................................................14

    Fed. R. Civ. P. 8(a)(2)........................................................................................................18

    Fed. R. Civ. P. 8(a)(3)........................................................................................................24

    Certificate of Service: .......................................................................................................25

    Certification and Closing...................................................................................................26

    List of Enclosures .............................................................................................................27

        1)    Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction  (6 pages).....................27

        2)    AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (24 pages) ...........................................................................27

        3)    LOCAL RULE 83.1(M) CERTIFICATION (1 page)..................................................27

To

**UNITED STATES FEDERAL DISTRICT COURT EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION**

Spottswood W. Robinson III and Robert R. Merhige, Jr., Federal Courthouse

701 E. Broad St.

Richmond, Virginia 23219

USPS Priority Mail Tracking: 9405503699300421557694

FIND referenced hyperlinks in secure Microsoft OneDrive Folder as follows:

https://1drv.ms/u/s!AjEjC5jWywEUgdd6_FD-w0MoLFDXxw?e=SQgcab

**Independent Action in Equity Fed. R. Civ. P. 60(b)(d); 62(d)**

## List of Enclosures

1) Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction  (6 pages)
2) AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (24 pages)
3) LOCAL RULE 83.1(M) CERTIFICATION (1 page)

FIND referenced hyperlinks in secure Microsoft OneDrive Folder as follows:

https://1drv.ms/u/s!AjEjC5jWywEUgdd6_FD-w0MoLFDXxw?e=SQgcab